UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

Phillip Kraft, Individually and on Behalf of all others similarly situated

Plaintiff

vs.   Case No.: 1:19-cv-03502-RDB

Under Armour, Inc., et al.

Defendant(s)

## AFFIDAVIT OF SERVICE

I, Vincent Piazza, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Class Action Complaint Jury Trial Demanded in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 12/16/2019 at 12:45 PM, I served David E. Bergman, Under Armour Inc. c/o The Corporation Trust, Inc., Resident Agent with the Summons and Class Action Complaint Jury Trial Demanded at 2405 York Road, Suite 201, Lutherville Timonium, Maryland 21093 by serving Rebecca Gott, Intake Specialist, authorized to accept service.

Rebecca Gott is described herein as:

Gender: Female   Race/Skin: White   Age: 31   Weight: 140   Height: 5'6"   Hair: Black   Glasses: No

I declare under penalty of perjury that this information is true and correct.

12/18/19
Executed On

Vincent Piazza

Client Ref Number: N/A
Job #: 1571943

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

Case 1:19-cv-03502-RDB Document 23 Filed 12/09/19 Page 7 of 10
Case 1:19-cv-03502-RDB Document 3 Filed 12/23/19 Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| Phillip Kraft <br><br> *Plaintiff(s)* <br> v. <br> Under Armour, Inc., Kevin A. Plank, Patrik Frisk, David E. Bergman, and Lawrence "Chip" Molloy <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. RDB-19-3502 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* David E. Bergman, c/o Under Armour, Inc., 1020 Hull Street, 3rd Floor, Baltimore, MD 21230

Serve on Resident Agent:
The Corporation Trust, Inc., 2405 York Road, Suite 201, Lutherville Timonium, MD 21093

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Daniel S. Sommers
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Suite 500
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/9/2019

*Signature of*