FILED _____ ENTERED
_____ LODGED _____ RECEIVED

JAN 0 9 2020

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| PHILLIP KRAFT, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>UNDER ARMOUR, INC., *et al.*,<br><br>    Defendants. | Civil No. 1:19-cv-03502-RDB |

## NOTICE OF VOLUNTARY DISMISSAL

Request **GRANTED** this 8th day of January, 2020.

*/s/ Richard D. Bennett*
Richard D. Bennett
U.S. District Judge

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a), Plaintiff Phillip Kraft voluntarily dismisses *Kraft v. Under Armour, Inc., et al.*, No. 1:19-cv-03502, without prejudice.

Dated: January 8, 2020                         Respectfully submitted,

/s/ *Daniel S. Sommers*
Steven J. Toll (Md. Bar No. 15824)
Daniel S. Sommers (Md. Bar No. 15822)
S. Douglas Bunch
COHEN MILSTEIN SELLERS &
   TOLL PLLC
1100 New York Avenue N.W.
Suite 500, East Tower
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: stoll@cohenmilstein.com
Email: dsommers@cohenmilstein.com
Email: dbunch@cohenmilstein.com

*Liaison Counsel for Plaintiff Phillip Kraft*

POMERANTZ LLP
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com

POMERANTZ LLP
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Counsel for Plaintiff Phillip Kraft*